Kapper, Hagarty, Carswell and Davis, JJ., concur; Lazansky, P. J., concurs in the reversal but votes for a dismissal of the complaint, with the following memorandum: While the contract, general in its terms, might otherwise be an enforcible contract, the letter of October 11, 1929, indicates the parties had not agreed upon all the terms of the contract.

EVA HICKERSON, as Administratrix, etc., of CHARLES SUMNER HICKERSON, Deceased, Appellant, v. THE PENNSYLVANIA RAILROAD COMPANY, Respondent.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

BERNARD HOLLAND, an Infant, by PHILIP HOLLAND, His Guardian ad Litem, Respondent, v. VILLAGE OF HEMPSTEAD, Appellant, Impleaded with ALFRED H. VANDEWATER and KATE S. VANDEWATER, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

INTERNATIONAL-MADISON BANK AND TRUST COMPANY, Respondent, v. LOUIS SILVERMAN, Appellant, and ABRAHAM B. SCHLOWSKY, Defendant.— Judgment and order reversed upon the law and a new trial granted in the interests of justice, costs to abide the event. The jury having three times, in open court, announced a verdict in favor of defendant Silverman and it having been entered by the clerk upon the minutes of the court, and the jury having been discharged and the members thereof having separated, the court was without power, in our opinion, to reassemble the jury the next day and permit a verdict to be announced in favor of the plaintiff against the said defendant for the sum of $13,594.78. Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ., concur. [138 Misc. 690.]

In the Matter of the Summary Proceedings of COLCHESTER REALTY CORPORATION, Landlord, Respondent, v. PETER F. MAGAGNA, JR., Tenant, Appellant.— Judgment and final order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Application of NAMON GEWERTZ, Appellant, to Compel CHARLES W. BERRY, as Comptroller of the City of New York, Respondent, to Pay the Judgment Obtained by the Said NAMON GEWERTZ against the CITY OF NEW YORK.*— Order denying motion for peremptory mandamus order affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Kapper, Carswell and Scudder, JJ., concur; Lazansky, P. J., and Davis, J., dissent and vote for reversal. [140 Misc. 743.]

In the Matter of Supplementary Proceedings: ROBERT KRAUSS FLOORING Co., INC., Judgment Creditor, Respondent, v. KASAL REALTY CORPORATION and ARNOLD ALBERT, Judgment Debtors, Appellants. (Appeal No. 1.) — Order adjudging judgment debtors in contempt and order denying motion to reopen hearing affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

In the Matter of Supplementary Proceedings: ROBERT KRAUSS FLOORING Co., INC., Judgment Creditor, Respondent, v. KASAL REALTY CORPORATION and ARNOLD ALBERT, Judgment Debtors, Appellants. (Appeal No. 2.) — Order denying motion to vacate and set aside order directing examination of judgment debtors affirmed, with ten dollars costs and disbursements; examination to proceed

* Revd., 258 N. Y. 505.